CERTIFIED MAIL #70151730000093935618  Case Number: 2015-CI-19869

2015CI19869 S00001

**QUALTEX LABORATORIES**
*Plaintiff*
vs.
**OCTAPHARMA PLASMA INC**
*Defendant*
(Note: Attached document may contain additional litigants).

CITATION

IN THE DISTRICT COURT
224th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

**"THE STATE OF TEXAS"**

DIRECTED TO: OCTAPHARMA PLASMA INC

BY SERVING ITS REGISTERED AGENT, INCORP SERVICES INC
815 BRAZOS ST 500
AUSTIN TX 78701-2562

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 1st day of December, 2015.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 8TH DAY OF DECEMBER A.D., 2015.

PETITION

RICARDO G CEDILLO
ATTORNEY FOR PLAINTIFF
755 E MULBERRY 500
SAN ANTONIO, TX 78212



**Donna Kay McKinney**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Victoria R Angeles*, Deputy

Mailed out 12/8/15

Officer's Return

Came to hand on the 8th day of December 2015, A.D., at 8:26 o'clock A.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the ____ day of _____, A.D., 20___, by delivering to _____ a true copy of this Citation, upon which I endorse the date of delivery, together with the accompanying copy of the PETITION

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, Texas

By: *Victoria R Angeles*, Deputy

**EXHIBIT C**

FILE COPY (DK003)

DOCUMENT SCANNED AS FILED

CERTIFIED MAIL #70151730000093935618  Case Number: 2015-CI-19869

2015CI19869 S00001

**QUALTEX LABORATORIES**
*Plaintiff*
vs.
**OCTAPHARMA PLASMA INC**
*Defendant*
(Note: Attached document may contain additional litigants).

**CITATION**

IN THE DISTRICT COURT
224th JUDICIAL DISTRICT
BEXAR COUNTY, TEXAS

FILED
___ O'CLOCK ___ M
DEC 15 2015
DONNA KAY McKINNEY
District Clerk Bexar County, Texas
BY: _____, DEPUTY

**"THE STATE OF TEXAS"**

**DIRECTED TO:** OCTAPHARMA PLASMA INC

BY SERVING ITS REGISTERED AGENT, INCORP SERVICES INC
815 BRAZOS ST 500
AUSTIN TX 78701-2562

"You have been sued. You may employ an attorney. If you or your attorney do not file a written answer with the clerk who issued this citation by 10:00 a.m. on the Monday next following the expiration of twenty days after you were served this citation and petition, a default judgment may be taken against you." Said petition was filed on the 1st day of December, 2015.

ISSUED UNDER MY HAND AND SEAL OF SAID COURT ON THIS 8TH DAY OF DECEMBER A.D., 2015.

PETITION

RICARDO G CEDILLO
ATTORNEY FOR PLAINTIFF
755 E MULBERRY 500
SAN ANTONIO, TX 78212

**Donna Kay McKinney**
**Bexar County District Clerk**
101 W. Nueva, Suite 217
San Antonio, Texas 78205

By: *Victoria R Angeles*, Deputy

Mailed out 12/8/15

Officer's Return

Came to hand on the 8th day of December 2015, A.D., at 8:26 o'clock A.M. and EXECUTED (NOT EXECUTED) by CERTIFIED MAIL, on the 11 day of Dec , A.D., 2015, by delivering to _____Jason Casey_____ a true copy of this Citation, upon which I endorse the date of delivery, together with the accompanying copy of the PETITION

Cause of failure to execute this Citation is _____.

**Donna Kay McKinney**
Clerk of the District Courts of
Bexar County, Texas

By: *Victoria R Angeles*, Deputy

RETURN TO COURT (DK003)

DOCUMENT SCANNED AS FILED



U.S. Postal Service™
CERTIFIED MAIL® RECEIPT
Domestic Mail Only
For delivery information, visit our website at www.usps.com®.

OFFICIAL USE

Certified Mail Fee
$
Extra Services & Fees (check box, add fee as appropriate)
☐ Return Receipt (hardcopy)     $
☐ Return Receipt (electronic)   $
☐ Certified Mail Restricted Delivery $
☐ Adult Signature Required      $
☐ Adult Signature Restricted Delivery $

Postmark Here — ARSENAL STA. 78 — DEC 09 2015

OCTAPHARMA PLASMA INC
C/O INCORP SERVICES INC
815 BRAZOS ST 500
AUSTIN, TX 78701-2562

2015CI19869   12/8/2015   CITCM   VICTORIA R ANGELES

PS Form 3800, April 2015 PSN 7530-02-000-9047   See Reverse for Instructions

7015 1730 0000 3493 5418

# SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   OCTAPHARMA PLASMA INC
   C/O INCORP SERVICES INC
   815 BRAZOS ST 500
   AUSTIN, TX 78701-2562

   2015159859   12/8/2015   CTCM   VICTORIA R

   9590 9401 0008 5168 6876 99

2. Article Number (Transfer from service label)

   7015 1730 0000 9393 5618

# COMPLETE THIS SECTION ON DELIVERY

A. Signature
   X [signature]
   ☐ Agent
   ☐ Addressee

B. Received by (Printed Name)
   Jason Losey

C. Date of Delivery

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below:   ☐ No

3. Service Type
   ☐ Adult Signature
   ☐ Adult Signature Restricted Delivery
   ☐ Certified Mail®
   ☐ Certified Mail Restricted Delivery
   ☐ Collect on Delivery
   ☐ Collect on Delivery Restricted Delivery
   ☐ Mail
   ☐ Mail Restricted Delivery
   (over $500)

   ☐ Priority Mail Express®
   ☐ Registered Mail™
   ☐ Registered Mail Restricted Delivery
   ☐ Return Receipt for Merchandise
   ☐ Signature Confirmation™
   ☐ Signature Confirmation Restricted Delivery

PS Form 3811, April 2015 DOCUMENT SCANNED AS FILED Domestic Return Receipt

First-Class Mail
Postage & Fees Paid
USPS
Permit No. G-10

UNITED STATES POSTAL SERVICE

- Sender: Please print your name, address, and ZIP+4® in this box•

Donna Kay McKinney
Bexar County District Clerk
101 W. Nueva, Suite 217
San Antonio, TX 78205

FILED
DONNA KAY McKINNEY
DISTRICT CLERK
BEXAR COUNTY

2015 DEC 15 A 9: 29

DEPUTY NS

USPS TRACKING #

9590 9401 0008 5168 6876 99