UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| QUALTEX LABORATORIES § | |
| § | |
| Plaintiff, § | Civil Action No. 5:16-cv-21 |
| § | |
| v. § | |
| § | |
| OCTAPHARMA PLASMA, INC. § | |
| § | |
| Defendant. § | |

## LIST OF COUNSEL OF RECORD

| **PARTIES** | **ATTORNEY(S)** |
|---|---|
| **PLAINTIFF** **QUALTEX LABORATORIES** | Ricardo G. Cedillo State Bar No. 04043600 rcedillo@lawdcm.com |
| | Derick J. Rodgers State Bar No. 24002857 drodgers@lawdcm.com |
| | Davis, Cedillo & Mendoza, Inc. 755 W. Mulberry Avenue San Antonio, Texas 78212 Telephone: (210) 822-6666 Facsimile: (210) 822-1151 |
| **DEFENDANT** **OCTAPHARMA PLASMA, INC.** | Cynthia Day Grimes State Bar No. 11436600 cynthia.grimes@strasburger.com |
| | Strasburger & Price, LLP 2301 Broadway San Antonio, Texas 78215 Telephone: (210) 250-6003 Facsimile: (210) 258-2718 |

EXHIBIT D

Kathryne M. Morris
State Bar No. 24061280
kathryne.morris@strasburger.com

Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
Telephone: (214) 651-2043
Facsimile: (214) 659-4028

7543721.1/SP/40615/0101/011116