UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| QUALTEX LABORATORIES § § Plaintiff, § § v. § § OCTAPHARMA PLASMA, INC. § § Defendant. § | Civil Action No. 5:16-cv-00021-FB |

## JOINT MOTION TO DISMISS WITH PREJUDICE

TO THE HONORABLE JUDGE OF SAID COURT:

NOW COME, Plaintiff, QUALTEX LABORATORIES ("Plaintiff" or "QL") and Defendant, OCTAPHARMA PLASMA, INC. ("Defendant" or "OPI"), and file this Joint Motion to Dismiss with Prejudice to all claims against each other.

WHEREFORE, Defendant and Plaintiff respectfully request the Court to Dismiss all claims against the parties with Prejudice.

Respectfully submitted,

_____
Ricardo G. Cedillo
State Bar No. 04043600
rcedillo@lawdcm.com
Derick J. Rodgers
State Bar No. 24002857
drodgers@lawdcm.com
Davis, Cedillo & Mendoza, Inc.
755 W. Mulberry Avenue
San Antonio, Texas 78212
(210) 822-6666
(210) 822-1151 (Facsimile)

**ATTORNEYS FOR PLAINTIFF**

and

_____
Cynthia Day Grimes
State Bar No. 11436600
Strasburger & Price, LLP
2301 Broadway
San Antonio, Texas 78215
(210) 250-6003
(210) 258-2718 (Facsimile)
cynthia.grimes@strasburger.com

Kathryne M. Morris
State Bar No. 24061280
Strasburger & Price, LLP
901 Main Street, Suite 4400
Dallas, Texas 75202-3794
(214) 651-2043
(214) 659-4028 (Facsimile)
kathryne.morris@strasburger.com

**ATTORNEYS FOR DEFENDANT**